**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| In re: | Marshall Andrew Nicholson | §  Case No. 23-30673-KKS |
| | Tasha Lynn Nicholson | § |
| | | § |
| Debtor(s) | | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/28/2023. The undersigned trustee was appointed on 09/28/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $        7,907.35

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 33.48 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 1,137.39 |
   | Leaving a balance on hand of [1]    $ | 6,736.48 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/08/2024 and the deadline for filing governmental claims was 03/26/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,427.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,427.00, for a total compensation of $1,427.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $166.30, for total expenses of $166.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  08/26/2024                                By:  /s/ Mary W. Colón
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

**FORM 1** | Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES** | Page: 1

**Case Number:** 23-30673 KKS
**Case Name:** Marshall Andrew Nicholson
Tasha Lynn Nicholson
**Period Ending:** 08/26/24

**Trustee:** Mary W. Colón
**Filed (f) or Converted (c):** 09/28/23 (f)
**§341(a) Meeting Date:** 11/06/23
**Claims Bar Date:** 03/08/24

| 1 Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home Land or Empty Lot  4485 COOK RD MARIANNA FL 32448 Jackson county (u) 2023 Federal Tax Return | 79,069.00 | 0.00 | | 0.00 | FA |
| 2 | NISSAN ALTIMA ALTIMA 130,000 miles | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | COBRA VIPER | 1,100.00 | 1,100.00 | | 1,191.67 | FA |
| 4 | KITCHEN: TABLE/4 CHAIRS ($50.00), POTS & PANS ($50.00), MICROWAVE ($40.00), TOASTER ($10.00), REFRIGERATOR ($100.00), WASHER/DRYER ($100.00) | 350.00 | 0.00 | | 0.00 | FA |
| 5 | LIVING ROOM: COUCH ($50.00). LOVESEAT ($50.00), COFFEE TABLE ($15.00), END TABLE ($10.00), 3 LAMPS ($5.00), TV ($60.00), CHINA CABINET ($50.00) | 240.00 | 0.00 | | 0.00 | FA |
| 6 | BEDROOM: 3 BEDS ($200.00), 4 DRESSERS ($400.0). 2 NIGHTSTANDS ($25.00), 2 LAMPS ($10.00), 2 TVS ($200.00) | 835.00 | 4.00 | | 4.33 | FA |
| 7 | YARD EQUIPMENT: LAWMOWER ($200.00) MISC TOOLS ($200.00) | 400.00 | 21.00 | | 22.75 | FA |
| 8 | SEE # 6 ABOVE | 0.00 | 0.00 | | 0.00 | FA |
| 9 | MISC CLOTHING | 100.00 | 100.00 | | 108.33 | FA |
| 10 | WEDDING SET & EARRINGS | 100.00 | 100.00 | | 108.35 | FA |
| 11 | 3 DOGS & 1 CHICKEN | 1.00 | 1.00 | | 1.08 | FA |
| 12 | CHECKING ACCOUNTS:CHECKING # 8344 PEOPLES SOUTH BANK | 200.00 | 0.00 | | 0.00 | FA |
| 13 | S&S ELECTRIC OF FLORIDA, INC -HOME BASED ELECTRICAL BUSINESS WHICH HAS CLOSED | 1.00 | 1.00 | | 1.08 | FA |
| 14 | INDEPENDENT CONTRACTOR - DEBTOR IS DOING WORK AS AN ELECTRICIAN FOR ANOTHER COMPANY | 1.00 | 1.00 | | 1.08 | FA |
| 15 | 2023 Tax Return Refund (u) total refund 7354.00; estate share 5441.96 | 0.00 | 3,364.56 | | 6,468.68 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$85,897.00** | **$4,692.56** | | **$7,907.35** | **$0.00** |

| | | |
|---|---|---|
| | **FORM 1** | Exhibit A |
| | **INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT** | |
| | **ASSET CASES** | Page: 2 |

**Major activities affecting case closing:**
TFR
debtor buyback through 12-15-24 - Complete
Prepare bill of sale - Complete
Order ECF No. 36 served ECF No. 37
Motion to pay note overpayment ECF No. 35
Order ECF No. 33 served ECF No. 34
Report of Sale ECF No. 32
5-29-24 Order to Pay submitted
Motion to Pay ECF No. 31
2023 Tax Return/Refund (12/20/23) rec'd $7,345
claims bar to run 3-8-24
Objection due 3-8-24 NOITS - NONE
NOITS ECF No. 29
owed signed note - 2nd notice 1-4-24 follow-up sent 1-30-24 rec'd
Emailed note to debtor 12-8-24
Notice of Assets ECF No. 17

Buyback:

Equity interest in Cobra Viper ($1,100.00); miscellaneous bedroom furnishings ($4.00); equity interest in yard equipment ($21.00); miscellaneous clothing ($100.00); miscellaneous jewelry ($100.00); 3 dogs 1 chicken ($1.00); equity interest in S&S Electric of Florida, Inc. ($1.00); equity interest in independent contracting business ($1.00).

Total of $1,328.00  - Commence 1-15-24
TDR

**Initial Projected Date of Final Report (TFR):** March 30, 2025  **Current Projected Date of Final Report (TFR):** March 30, 2025

| | |
|---|---|
| August 26, 2024 | /s/ Mary W. Colón |
| Date | Mary W. Colón |

Exhibit B

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 23-30673 KKS | | Trustee: | Mary W. Colón |
|---|---|---|---|---|
| Case Name: | Marshall Andrew Nicholson | | Bank Name: | Flagstar Bank, N.A. |
| | Tasha Lynn Nicholson | | Account: | ******9778 - Checking |
| Taxpayer ID#: | **-***0748 | | Blanket Bond: | $6,929,000.00 (per case limit) |
| Period Ending: | 08/26/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/16/24 | | Nicholson, Marshall | | | 110.67 | | 110.67 |
| 01/16/24 | Asset #11 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #13 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #14 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #6 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.33 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #7 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 1.75 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #9 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.33 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #10 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.35 | 1129-000 | | 110.67 |
| 01/16/24 | Asset #3 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 91.67 | 1129-000 | | 110.67 |
| 02/14/24 | | Nicholson, Marshall | | | 110.67 | | 221.34 |
| 02/14/24 | Asset #11 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.09 | 1129-000 | | 221.34 |
| 02/14/24 | Asset #13 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.09 | 1129-000 | | 221.34 |

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 23-30673 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | Marshall Andrew Nicholson | Bank Name: | Flagstar Bank, N.A. |
| | Tasha Lynn Nicholson | Account: | ******9778 - Checking |
| Taxpayer ID#: | **-***0748 | Blanket Bond: | $6,929,000.00 (per case limit) |
| Period Ending: | 08/26/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/14/24 | Asset #14 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.09 | 1129-000 | | 221.34 |
| 02/14/24 | Asset #6 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.34 | 1129-000 | | 221.34 |
| 02/14/24 | Asset #7 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 1.75 | 1129-000 | | 221.34 |
| 02/14/24 | Asset #10 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.30 | 1129-000 | | 221.34 |
| 02/14/24 | Asset #9 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.34 | 1129-000 | | 221.34 |
| 02/14/24 | Asset #3 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 91.67 | 1129-000 | | 221.34 |
| 03/19/24 | | Nicholson, Marshall | | | | 110.67 | 332.01 |
| 03/19/24 | Asset #11 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 332.01 |
| 03/19/24 | Asset #13 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 332.01 |
| 03/19/24 | Asset #14 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 332.01 |
| 03/19/24 | Asset #6 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.33 | 1129-000 | | 332.01 |

Note: The "Nicholson, Marshall" row on 03/19/24 shows 110.67 in the Receipts column (not Disbursements).

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 3

| **Case Number:** | 23-30673 KKS | | **Trustee:** | Mary W. Colón |
|---|---|---|---|---|
| **Case Name:** | Marshall Andrew Nicholson | | **Bank Name:** | Flagstar Bank, N.A. |
| | Tasha Lynn Nicholson | | **Account:** | ******9778 - Checking |
| **Taxpayer ID#:** | **-***0748 | | **Blanket Bond:** | $6,929,000.00 (per case limit) |
| **Period Ending:** | 08/26/24 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/24 | Asset #7 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 1.75 | 1129-000 | | 332.01 |
| 03/19/24 | Asset #9 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.33 | 1129-000 | | 332.01 |
| 03/19/24 | Asset #10 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.35 | 1129-000 | | 332.01 |
| 03/19/24 | Asset #3 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 91.67 | 1129-000 | | 332.01 |
| 04/19/24 | | Nicholson, Marshall | | | 110.67 | | 442.68 |
| 04/19/24 | Asset #11 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 442.68 |
| 04/19/24 | Asset #13 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 442.68 |
| 04/19/24 | Asset #14 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | 442.68 |
| 04/19/24 | Asset #6 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.33 | 1129-000 | | 442.68 |
| 04/19/24 | Asset #7 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 1.75 | 1129-000 | | 442.68 |
| 04/19/24 | Asset #9 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.33 | 1129-000 | | 442.68 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 4

| | | |
|---|---|---|
| **Case Number:** 23-30673 KKS | **Trustee:** | Mary W. Colón |
| **Case Name:** Marshall Andrew Nicholson | **Bank Name:** | Flagstar Bank, N.A. |
| Tasha Lynn Nicholson | **Account:** | ******9778 - Checking |
| **Taxpayer ID#:** **-***0748 | **Blanket Bond:** | $6,929,000.00 (per case limit) |
| **Period Ending:** 08/26/24 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/19/24 | Asset #10 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.35 | 1129-000 | | 442.68 |
| 04/19/24 | Asset #3 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 91.67 | 1129-000 | | 442.68 |
| 05/07/24 | | IRS | 2023 Tax Refund | | 7,354.00 | | 7,796.68 |
| 05/07/24 | Asset #11 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.67 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #13 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.67 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #14 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.67 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #6 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 2.67 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #7 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 14.00 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #10 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 66.65 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #9 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 66.67 | 1129-000 | | 7,796.68 |
| 05/07/24 | Asset #3 | Debtor Buyback | Payment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 733.32 | 1129-000 | | 7,796.68 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 5

| Case Number: | 23-30673 KKS | | Trustee: | Mary W. Colón |
| --- | --- | --- | --- | --- |
| Case Name: | Marshall Andrew Nicholson | | Bank Name: | Flagstar Bank, N.A. |
| | Tasha Lynn Nicholson | | Account: | ******9778 - Checking |
| Taxpayer ID#: | **-***0748 | | Blanket Bond: | $6,929,000.00 (per case limit) |
| Period Ending: | 08/26/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/07/24 | Asset #15 | | | 1,026.72 | 1280-000 | | | 7,796.68 |
| 05/07/24 | Asset #15 | | 2023 Tax Refund | 5,441.96 | 1224-000 | | | 7,796.68 |
| 05/24/24 | | Nicholson, Marshall | | | | 110.67 | | 7,907.35 |
| 05/24/24 | Asset #11 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #13 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #14 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.08 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #6 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 0.33 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #7 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 1.75 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #9 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.33 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #10 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 8.35 | 1129-000 | | | 7,907.35 |
| 05/24/24 | Asset #3 | Debtor Buyback | Overpayment to A/R Account #1 NOITS ECF No. 29 Debtor Buyback | 91.67 | 1129-000 | | | 7,907.35 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 9.63 | 7,897.72 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 6

| Case Number: | 23-30673 KKS | Trustee: | Mary W. Colón |
|---|---|---|---|
| Case Name: | Marshall Andrew Nicholson | Bank Name: | Flagstar Bank, N.A. |
|  | Tasha Lynn Nicholson | Account: | ******9778 - Checking |
| Taxpayer ID#: | **-***0748 | Blanket Bond: | $6,929,000.00 (per case limit) |
| Period Ending: | 08/26/24 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/24 | 1001 | Marshall Andrew Nicholson and Tasha Lynn Nicholson | refund non-estate funds per order ECF No. 31 | 8500-002 |  | 1,026.72 | 6,871.00 |
| 06/28/24 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.71 | 6,858.29 |
| 07/12/24 | 1002 | Marshall Andrew Nicholson and Tasha Lynn Nicholson | refund non-estate funs per order ECF 36 | 8500-002 |  | 110.67 | 6,747.62 |
| 07/31/24 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.14 | 6,736.48 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,907.35 | 1,170.87 | $6,736.48 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| **Subtotal** | 7,907.35 | 1,170.87 |  |
| Less: Payment to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$7,907.35** | **$1,170.87** |  |

| Net Receipts: | $7,907.35 |
|---|---|
| Less Other Noncompensable Items: | 1,137.39 |
| Net Estate: | $6,769.96 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9778 | 7,907.35 | 1,170.87 | 6,736.48 |
|  | $7,907.35 | $1,170.87 | $6,736.48 |

August 26, 2024
Date

/s/ Mary W. Colón
Mary W. Colón

# Exhibit C
# Claims Register
## Case: 23-30673-KKS    Marshall Andrew Nicholson

Total Proposed Payment: $6,736.48            Claims Bar Date: 03/08/24

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | Mary W. Colón<br>PO Box 14596<br>Tallahassee, FL 32317<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>02/16/24 |  | $1,427.00<br>$1,427.00 | $0.00<br>$1,427.00 | $1,427.00 |
|  | Mary W. Colón<br>PO Box 14596<br>Tallahassee, FL 32317<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>02/16/24 |  | $166.30<br>$166.30 | $0.00<br>$166.30 | $166.30 |
| 1 | First Federal Bank Of Florida, By Assignment from<br>FDIC as receiver For Bank of Bonifay<br>c/o Hiday & Ricke, P.A.<br>P.O. Box 550858<br>Jacksonville, FL 32255<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/23/23 |  | $160,129.10<br>$160,129.10 | $0.00<br>$2,585.83 | $160,129.10 |
| 2 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>12/22/23 |  | $266.82<br>$266.82 | $0.00<br>$4.31 | $266.82 |
| 3 | U.S. Department of Education c/o Nelnet<br>121 S 13TH ST<br>Lincoln, NE 68508<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>12/22/23 |  | $39,272.88<br>$39,272.88 | $0.00<br>$634.20 | $39,272.88 |
| 4 | CITY ELECTRIC SUPPLY COMPANY<br>3961 AVALON BLVD<br>MILTON, FL 32583<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>02/05/24 |  | $9,435.75<br>$9,435.75 | $0.00<br>$152.37 | $9,435.75 |
| 5 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>02/07/24 |  | $973.04<br>$973.04 | $0.00<br>$15.71 | $973.04 |
| 6 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/04/24 |  | $1,299.62<br>$1,299.62 | $0.00<br>$20.99 | $1,299.62 |
| 7 | UNITED LIGHTING & SUPPLY COMPANY<br>121 CHESTNUT AVE SE<br>FT WALTON BEACH, FL 32548<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/07/24 |  | $106,810.39<br>$106,810.39 | $0.00<br>$1,724.82 | $106,810.39 |

# Exhibit C
# Claims Register
### Case: 23-30673-KKS    Marshall Andrew Nicholson

Total Proposed Payment: $6,736.48                Claims Bar Date: 03/08/24

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/08/24 | | $306.54<br>$306.54 | $0.00<br>$4.95 | $306.54 |
| | | | **Case Total:** | **$320,087.44** | **$0.00** | **$320,087.44** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 23-30673-KKS
Case Name: Marshall Andrew Nicholson
Trustee Name: Mary W. Colón

**Balance on hand:** $ 6,736.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,736.48

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary W. Colón | 1,427.00 | 0.00 | 1,427.00 |
| Trustee, Expenses - Mary W. Colón | 166.30 | 0.00 | 166.30 |

Total to be paid for chapter 7 administration expenses: $ 1,593.30
Remaining balance: $ 5,143.18

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 5,143.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,143.18

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $318,494.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.615 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Federal Bank Of Florida, By Assignment from | 160,129.10 | 0.00 | 2,585.83 |
| 2 | Capital One N.A. | 266.82 | 0.00 | 4.31 |
| 3 | U.S. Department of Education c/o Nelnet | 39,272.88 | 0.00 | 634.20 |
| 4 | CITY ELECTRIC SUPPLY COMPANY | 9,435.75 | 0.00 | 152.37 |
| 5 | MERRICK BANK | 973.04 | 0.00 | 15.71 |
| 6 | LVNV Funding, LLC | 1,299.62 | 0.00 | 20.99 |
| 7 | UNITED LIGHTING & SUPPLY COMPANY | 106,810.39 | 0.00 | 1,724.82 |
| 8 | Synchrony Bank | 306.54 | 0.00 | 4.95 |

Total to be paid for timely general unsecured claims:  $    5,143.18
Remaining balance:  $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**